ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 21 2006

JAMES N. HATTEN, CLERK
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Michael Lawrence                           Docket No. 1:02-CR-018-14-CC

## AMENDED
### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW N. Keith Scott PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Michael Lawrence who was placed on supervision for the offense of Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. §§924(c)(1)(A) and 924(o), by the Honorable Clarence Cooper sitting in the court at Atlanta, on the 12th day of March, 2003, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not possess a firearm as defined in 18 U.S.C. §921.

2. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

3. The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the U. S. Probation Officer and if able, contribute to the cost of services for such treatment.

4. The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the U. S. Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

5. The defendant shall perform 100 hours of community service under the guidance and supervision of the U. S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The U. S. Probation Officer re-alleges the charged contained in the Petition for Warrant and Order to Show Cause dated September 5, 2006, and further alleges the following:

1. <u>Failure to Maintain Employment:</u> On July 16, 2006, the defendant was laid off from his job through Diversified Technology, and failed to report this employment change to the U. S. Probation Officer.

2. <u>Failure to Report Change of Residence:</u> On or about July 14, 2006, the defendant moved his residence without the knowledge or permission of the U. S. Probation Officer. The defendant absconded from supervision as his whereabouts were unknown.

PRAYING THAT THE COURT WILL ORDER that Michael Lawrence be brought before this Court on December 11, 2006, at 9:30 a.m., to show cause why Supervised Release heretofore entered should not be revoked.

ORDER OF COURT

Considered and ordered this 20th day of November, 2006, and ordered filed and made a part of the records in the above case.

_____
Honorable Clarence Cooper
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
N. Keith Scott
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:   November 14, 2006

_____
Leigh A. Knight
Supervising U. S. Probation Officer