UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

Honorable Clarence Cooper

Monday, December 11, 2006, at 9:30 a.m.

Room 1706, Atlanta

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 27 2006

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## REVOCATION OF SUPERVISED RELEASE HEARING

1:02-CR-018-14    cc    Michael Lawrence [C] USM 53476-019    USPO N. Keith Scott
                        Matt Dodge                             (404) 215-1950

Original - Judge
1 - Clerk's Office
1 - Court Reporter
1 - Courtroom Deputy Clerk
1 - Judge's Secretary
1 - U. S. Attorney, Candie Howard
1 - Defendant's Attorney, Matt Dodge
2 - U. S. Marshal

Probation Office Copies:
SUSPO
PO
File