IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA                              CASE NUMBER

vs.

MICHAEL LAWRENCE                                      1:02-CR-18-14-CC

ORDER REVOKING SUPERVISED RELEASE - JUDGMENT AND COMMITMENT

On this 11th day of December, 2006 came the attorney for the government and the defendant appeared in person and with counsel, Whitman Dodge.

A probation officer of this Court having moved the Court to revoke the supervised release heretofore granted this defendant on March 12, 2003 for the period of THIRTY- SIX  MONTHS.  Upon considering the evidence in support of such motion, and the defendant having admitted that he violated the terms and conditions of his supervised release, it is

ORDERED BY THE COURT that the supervised release be, and the same is hereby revoked, and IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to the custody of the Bureau of Prisons for **TWELVE  MONTHS.  No further supervised release to follow.**

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

SO ORDERED this 11th of DECEMBER, 2006.

*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE