AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

Michael Lawrence

Case Number: 1:02-CR-018-14-CC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Michael Lawrence and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ■ Supervised Release Violation Petition

charging him with:

committing the offense of Affray/Battery, illegal drug use, failure to submit to drug testing, failure to attend substance abuse treatment sessions, and failure to report to the probation officer, all in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_/s/ Clarence Cooper_
Honorable Clarence Cooper
U. S. District Court Judge

Date: September 12, 2006       Location: Atlanta

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 15 2006

JAMES N. HATTEN, Clerk
By: _JKPinckney_ Deputy Clerk

Bail fixed at $_____ By _____
Name of Judicial Officer

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Fulton Co. Jail

| DATE RECEIVED 9/14/06 | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/14/06 | DUSM Derrick Swenson | _/s/ Derrick Swenson_ |

#53476-019

930

PROB 12
(Rev. 3/88)

## UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA

06 SEP 14 AM 10: 40
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 1 4 2006

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

U. S. A. vs. Michael Lawrence

Docket No. 1:02-CR-018-14-CC
**FILED UNDER SEAL**

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW N. Keith Scott PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Michael Lawrence who was placed on supervision for the offense of Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. §§924(c)(1)(A) and 924(o), by the Honorable Clarence Cooper sitting in the court at Atlanta, on the 12th day of March, 2003, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not possess a firearm as defined in 18 U.S.C. §921.

2. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

3. The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the U. S. Probation Officer and if able, contribute to the cost of services for such treatment.

4. The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the U. S. Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

5. The defendant shall perform 100 hours of community service under the guidance and supervision of the U. S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. <u>New Criminal Conduct:</u> On July 14, 2006, the defendant committed the offense of Affray/Battery in Atlanta, Georgia.

2. <u>Illegal Drug Use:</u> The defendant possessed illegal drugs in that a urine specimen collected from him on April 25, 2006, and on July 25, 2006, tested positive for cocaine.

3. <u>Failure to Submit to Drug Testing:</u> The defendant failed to submit to drug testing via the code-a-phone system as directed on the following dates: March 24, 2006, April 8, 2006, July 11, 2006, August 14, 2006, August 18, 2006.

4. <u>Failure to Attend to Drug Treatment:</u> The defendant failed to attend drug treatment sessions as directed on May 11, 2006, August 17, 2006, August 24, 2006, and August 31, 2006. The defendant also failed to attend weekly Narcotics Anonymous Meetings as directed.

5. <u>Failure to Report:</u> The defendant failed to report to the probation officer as directed on August 21, 2006, and on September 1, 2006. The defendant failed to submit a Monthly Supervision Report for the months of July and August 2006.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Michael Lawrence and that Michael Lawrence be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

PRAYING THAT THE COURT WILL ORDER the petition unsealed at the time of execution of the warrant.

ORDER OF COURT

Considered and ordered this __11th__ day of September, 2006, and ordered filed UNDER SEAL and made a part of the records in the above case.

_____
Honorable Clarence Cooper
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
N. Keith Scott
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:    September 5, 2006

_____
Leigh A. Knight
Supervising U. S. Probation Officer

ATTEST: A TRUE COPY
CERTIFIED THIS
SEP 14 2006
James N. Hatten, Clerk
By: _____ Deputy Clerk