

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                       Fax (404)581-6171*
*Atlanta, Georgia  30303*

October 12, 2007

| | | |
|---|---|---|
| Lavonia Wade-Childs<br>Courtroom Deputy<br>US Courthouse, Rm 2007 | Jill Ayers<br>Courtroom Deputy<br>US Courthouse, Rm 345 | Patsy Springs<br>Courtroom Deputy<br>US Courthouse, Rm 1701 |
| Sheila Sewell<br>Courtroom Deputy<br>US Courthouse, Rm 2188 | Lisa Enix<br>Courtroom Deputy<br>US Courthouse, Rm 1868 | Sue Coalson<br>Courtroom Deputy<br>US Courthouse, Rm 1788 |
| Vicki Hanna<br>Courtroom Deputy<br>US Courthouse, Rm 1988 | Suzy Edward<br>Courtroom Deputy<br>US Courthouse, Rm 1837 | Pamela Wright<br>Courtroom Deputy<br>US Courthouse, Rm 2388 |
| Sonya Lee-Coggins<br>Courtroom Deputy<br>US Courthouse, Rm 1856 | Kari Butler<br>Courtroom Deputy<br>US Courthouse, Rm 322 | Angela Smith<br>Courtroom Deputy<br>US Courthouse, Rm 1807 |
| Carole Burks<br>Courtroom Deputy<br>US Courthouse, Rm 1885 | Pat Walker<br>Courtroom Deputy<br>US Courthouse, Rm 2027 | Regena Martin<br>Courthouse Deputy<br>US Courthouse, Rm 2367 |

Re:   United States v. Dale, et al. 1:02-CR-018-CC-CCH
        United States v. Johnson, et al. 1:06-CR-492-ODE-LTW
        United States v. Leist, et al. 4:07-CR-001-RLV-WEJ
        United States v. Lozano-Schadtler, et al.1:07-CR-148-BBM-ECS
        United States v. Medina-Rubio 1:06-CR-538-CC-RGV
        United States v. Patterson, et al. 1:06-CR-500-TWT-JFK
        United States v. Reddick 1:07-CR-044-CAP-RGV
        United States v. Vargas-Sanchez, et al. 1:07-CR-205-WBH-AJB
        United States v. Williams 1:07-CR-239-BBM-GGB

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates: November 26 through November 30, 2007, December 14, 2007, December 17, 2007, December 24 through December 28, 2007 and December 31, 2007 through January 4, 2008.  I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                                        Sincerely,

                                        DAVID E. NAHMIAS
                                        UNITED STATES ATTORNEY


                                        /s/BRET R. WILLIAMS
                                        ASSISTANT UNITED STATES ATTORNEY


cc:   Counsel for Defendants
        filed electronically