PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

OCT 15 2008

for

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Bentrice Turner a/k/a "T Nasty"                    Docket No. 1:02-CR-18-03-CC

~~FILED UNDER SEAL~~

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Michael A. Smith PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Bentrice Turner a/k/a "T Nasty" who was placed on supervision for the offense of Conspiracy to Possess with Intent to Distribute Cocaine, Marijuana, and MDMA, and Possession of Firearms in Furtherance of Drug Trafficking Crime, 21 USC §§841(b)(1)(B)(ii), 841(b)(1)©, 841(b)(1)(D) & 851; 18 U.S.C. §§924(c)(1)(A) and 924 (o), by the Honorable Clarence Cooper sitting in the court at Atlanta, on the 12th day of December, 2002 who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall perform 100 hours of community service under the guidance and supervision of the U.S. Probation Officer.

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

Pursuant to 42 U.S.C. 14135a(d)(1) and 10 U.S.C. 1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

*Use of Illegal Substances*: On September 18, 2007, a violation report was submitted to the Court in reference to Mr. Turner's submission of a positive urine specimen for marijuana. On May 16, 2008, a second violation report was submitted advising of Mr. Turner's continued drug use. On both occasion, Turner was allowed to continue under supervision without any further actions.

1073

*New Offense:* On August 19, 2008, Turner allegedly committed the offenses of Aggravated Assault on a Peace Office, Theft by Taking, Fleeing or Attempting to Elude a Police Officer, and Reckless Conduct in Bibb County, Georgia. While en route to respond to a burglary call, the deputy spotted a truck and trailer matching the description of the would be burglar's vehicle. The deputy initiated a traffic stop, but the driver of the vehicle failed to adhere. In the result of a high speed chase of up 120 m.p.h., and while trying to elude law enforcement, the driver attempted to strike an assisting Peach County Deputy while outside her vehicle. Although driver eluded capture by fleeing on foot, the passenger identified the driver as Turner.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Bentrice Turner a/k/a "T Nasty" and that Bentrice Turner a/k/a "T Nasty" be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. Also that the petition be unsealed at the time of execution of the warrant.

ORDER OF COURT

Considered and ordered this 14th day of October, 2008

and ordered filed and made a part of the records in the above case.

Honorable Clarence Cooper
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Michael A. Smith
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:    October 10, 2008

Alvenia P. Singleton
Supervising U. S. Probation Officer

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

**UNITED STATES OF AMERICA**
    v.
**Bentrice Turner a/k/a "T Nasty"**

Case Number: 1:02-CR-18-001-CC

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Bentrice Turner a/k/a "T Nasty" and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ■ Supervised Release Violation Petition

charging him with:

Aggravated Assault on a Peace Officer, Theft by Taking, Fleeing or Attemptin g to Elude a Police Officer and Reckless Conduct in Bibb County, Georga: High speed chase of up to 120 m.p.h. While trying to elude law enforcement, the driver attempted to stri in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

*[signature]*
Honorable Clarence Cooper
U. S. District Court Judge

*October 14, 2008*    Atlanta
Date                  Location

Bail fixed at $_____ By _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Bentrice Turner a/k/a "T Nasty"

ALIAS: Bentrice Bernard Turner; Tnasty, T nasty, and Joe Doe

LAST KNOWN RESIDENCE: 525 Peebles Road, Reynolds, GA 31076

LAST KNOWN EMPLOYMENT: N/A

PLACE OF BIRTH: Macon, Georgia

DATE OF BIRTH: 06/07/1977

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6'4"                                                      WEIGHT: 190

SEX: Male                                                         RACE: Black/Non-Hispanic

HAIR: Black                                                       EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: T-Nasty (left arm); Mable (right arm); Beyonce (between the corner of his index/left thumb/, and "Smoked Out" on upper back from shoulder to shoulder and a picture of the earth with the insertion of a penis on his right arm.

FBI NUMBER: 423154FB0

COMPLETE DESCRIPTION OF AUTO: 1982 Blue Buick Regal; 2000 Gold Siere Pickup Truck

INVESTIGATIVE AGENCY AND ADDRESS:

U. S. Probation Office
75 Spring St., S.W., Room 900
Atlanta, GA 30303
Michael A. Smith
Sr. U. S. Probation Officer
(404) 762-4620