PROB 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT

### for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 1 8 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk



U. S. A. vs. Howard Bess

Docket No. 1:02-CR-018-11-CC

~~FILED UNDER SEAL~~

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Stephen E. Dorman PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Howard Bess who was placed on supervision for the offense of Conspiract to Possess with Intent to Distribute Cocaine, Marijuana, MDMA and Possession of Firearm in Furtherance of Drug Trafficking Crimes, 21 USC 841(b)(1)D)(ii) and 18 USC 924(c)(1)(A) and 2, by the Honorable Clarence Cooper sitting in the court at Atlanta, on the 4th day of June, 2003 who fixed the period of supervision at 84 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall perform 100 hours of community service under the guidance and supervision of the U.S. Probation Officer.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here, if lengthy write on separate sheet and attach)

**Failure to abide by rules of Dismas Charities:** On November 24, 2008, Bess was terminated from Dismas Charities after his arrest by the College Park Police.

**New Criminal Offense:** On November 13, 2008, Bess committed the offense of Entering Auto with Intent to Commit Theft or Felony in Clayton County, Georgia.

1079

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Howard Bess and that Howard Bess be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

ORDER OF COURT

Considered and ordered this _15th_ day of

_December_         _2008_

and ordered filed and made a part of the records

in the above case.

Honorable Clarence Cooper
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Stephen E. Dorman
U. S. Probation Officer

Place:   Atlanta, Georgia

Date: December 9, 2008

Leigh A. Knight
Supervising U. S. Probation Officer